# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2025

**VIA ECF & EMAIL**
Magistrate Judge Stewart Aaron
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Daniel Ramirez Flores**
      **25-MJ-1452 (UA)**

Dear Judge Aaron:

I write to respectfully request that the Court grant a one-week extension to the deadline for obtaining a co-signer in this case, to May 15, 2025. The government consents to this request.

On May 1, 2025, Magistrate Judge Ona T. Wang ordered Mr. Ramriez Flores released on his own signature and additional bail conditions, including *inter alia* a $5,000 personal recognizance bond to be co-signed by one financially responsible person by May 8, 2025. Consistent with his bail conditions, Mr. Ramriez Flores was released that day on his own signature, and reported to Pretrial Services the following morning to be fitted with an ankle monitor.

Since his release, Mr. Ramriez Flores and undersigned counsel have been diligently working to identify and facilitate approval of a co-signer; however, Mr. Ramirez Flores requires additional time to make those arrangements. Accordingly, he requests a one-week extension of the deadline to secure a co-signer. As noted above, the government consents to this request.

Respectfully Submitted,
/s/
Hannah McCrea
Attorney for Daniel Ramirez Flores

Request GRANTED. SO ORDERED.
Dated: 5/9/2025
*[signature: Stewart D. Aaron]*

cc:   AUSA Kevin Grossinger